```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 27442
   ERIC L HOOD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0223

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
   The case was filed on 07/26/2004 and was confirmed 10/07/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.00%.

   The case was paid in full 12/16/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED           7500.00      1444.74        7500.00
ARONSON FURNITURE          SECURED            900.00       173.48         900.00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
CITY OF NORTHLAKE POLICE   UNSECURED       NOT FILED          .00            .00
WAL MART STORES INC        UNSECURED       NOT FILED          .00            .00
ACTION CARD                UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED            589.64        .00          94.34
RESURGENT ACQUISITION LL   UNSECURED            278.39        .00          44.54
ROUNDUP FUNDING LLC        UNSECURED            304.66        .00          48.75
CINGULAR WIRELESS          UNSECURED            452.84        .00          72.45
SHELL CREDIT CARD          UNSECURED       NOT FILED          .00            .00
HOUSEHOLD BANK             UNSECURED       NOT FILED          .00            .00
US DEPT OF EDUCATION       UNSECURED           4729.08        .00         756.65
CHICAGO TRIBUNE            UNSECURED       NOT FILED          .00            .00
US NEWS                    UNSECURED       NOT FILED          .00            .00
ASPIRE                     UNSECURED           1148.65        .00         183.78
SHELL                      NOTICE ONLY    NOT FILED          .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED            557.83        .00          89.25
ARONSON FURNITURE          UNSECURED            154.55        .00          24.73
STEFANS STEFANS & STEFAN   REIMBURSEMENT       154.00         .00         154.00
IL STATE DISBURSEMENT UN   PRIORITY           7181.67         .00        7181.67
IL STATE DISBURSEMENT UN   UNSECURED          3126.93         .00         500.31
INTERNAL REVENUE SERVICE   FILED LATE            .00          .00            .00
IL STATE DISBURSEMENT UN   UNSECURED          1211.16         .00         193.79
STEFANS STEFANS & STEFAN   DEBTOR ATTY      2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                       1,441.02
DEBTOR REFUND              REFUND                                          135.50

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 27442 ERIC L HOOD

```
TRUSTEE                                    23,139.00

PRIORITY                                                    7,335.67
SECURED                                                     8,400.00
     INTEREST                                               1,618.22
UNSECURED                                                   2,008.59
ADMINISTRATIVE                                              2,200.00
TRUSTEE COMPENSATION                                        1,441.02
DEBTOR REFUND                                                 135.50
                                         ---------------  ---------------
TOTALS                                     23,139.00        23,139.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 03/05/09                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE